IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**LY CHANJA WHEELER**,<br><br>Defendant | NO. 5: 05-MJ-12-15 (CWH)<br><br>VIOLATION: **18 U.S.C. §661** |

## ORDER OF DISMISSAL

Upon consideration of the **MOTION FOR DISMISSAL** (Tab #24) filed herein by counsel for the United States, and for cause shown, said motion is GRANTED.  This proceeding against defendant LY CHANJA WHEELER is DISMISSED *with prejudice*.

SO ORDERED AND DIRECTED, this 6th day of JULY, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE